IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-HC-2214-D

| | |
|---|---|
| MAKONNEN ROMNEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JONATHAN MINOR, WARDEN,[1] ) | |
| ) | |
| Respondent. ) | |

Makonnen Romney ("Romney" or "petitioner"), an inmate confined at the Rivers Correctional Institution, petitions the court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. On October 4 and November 22, 2010, Romney filed motions for expansion of the record [D.E. 2–3]. The matter is before the court for a preliminary review under 28 U.S.C. § 2243. Romney alleges that his release date has been miscalculated and seeks his immediate release from custody.

It is not clear on the face of the petition that Romney is not entitled to relief. Therefore, the action is allowed to proceed. The court GRANTS Romney's motions for expansion of the record [D.E. 2–3]. The Clerk of Court is DIRECTED to maintain the management of the action in accordance with the district plan.

SO ORDERED. This 13 day of June 2011.

JAMES C. DEVER III
United States District Judge

---

[1] Although Romney named several respondents, Warden Minor is the proper respondent. See 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 435–36 (2004).